# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| Williams v. City of Chicago, et al., | FILED: JUNE 3, 2008<br>08CV3195          TG<br>JUDGE NORDBERG<br>MAGISTRATE JUDGE VALDEZ |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Shantivia Williams

| | |
|---|---|
| NAME (Type or print) | |
| Lawrence V. Jackowiak | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Lawrence V. Jackowiak | |
| FIRM | |
| Law Offices of Lawrence V. Jackowiak | |
| STREET ADDRESS  20 North Clark Street, Suite 1700 | |
| CITY/STATE/ZIP | |
| Chicago, Illinois 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6231003 | 312-795-9595 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐     NO X |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐     NO X |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES X     NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES X     NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |