UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SHANTIVIA WILLIAMS, ) | |
| ) | Case No. 08 C 3195 |
| Plaintiff, ) | |
| ) | Judge Nordberg |
| v. ) | |
| ) | Magistrate Judge Valdez |
| CITY OF CHICAGO, Chicago Police Officers ) | |
| PAULARIE DRAINE, Star 15870, and ) | Jury Trail Demand |
| LAVAR McLEMORE, Star 17235, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' UNCONTESTED MOTION TO
EXTEND TIME TO ANSWER OR OTHERWISE PLEAD**

Defendants, Paularie Draine and Lavar McLemore ("Defendant Officers"), and Defendant City of Chicago ("Defendant City") by and through one of their attorneys, Matthew R. Hader, Assistant Corporation Counsel for the City of Chicago, respectfully requests this Honorable Court to enlarge the time, up to and including August 8, 2008, in which to answer or otherwise plead to the Complaint. In support of this motion, Defendants state:

1. This matter was filed by the Plaintiff on June 3, 2008.

2. Summons and Complaint were served on Defendant City of Chicago on June 10, 2008. Summons and Complaint were served on Defendant McLemore on July 1, 2008. Summons and Complaint were served on Defendant Draine on July 1, 2008.

3. The undersigned filed an appearance for the Defendant Officers on this day, July 15, 2008.

4. Defendant Officers' answers or other responsive pleading will be due on or about July 21, 2008. Defendant City's answer or other responsive pleading was due on or around July 1, 2008.

5. The undersigned has not yet been able to review materials pertinent to the allegations in order to be able to file an Answer or other responsive pleading. Nor has the undersigned been able to meet with the defendants to discuss the

      Complaint or a responsive pleading.

6.     The Defendants request that the time to answer or file a responsive pleading to the Complaint be extended up to and including August 8, 2008.

7.     This motion is Defendants first request for an extension of time to answer or otherwise plead. Such a request is not intended to unduly delay the resolution of the disputed issues.

8.     On the day of this filing, the undersigned spoke with plaintiff's counsel, Louis Meyer, who indicated that he would not be contesting this motion.

**WHEREFORE**, Defendants Lavar McLemore Paularie Draine, and the City of Chicago respectfully requests that they be given until August 8, 2008, to answer or otherwise plead to plaintiff's Complaint.

                                              Respectfully submitted,

                                              s/ Matthew R. Hader
                                              MATTHEW R. HADER
                                              Assistant Corporation Counsel

30 North La Salle Street
Suite 1400
Chicago, Illinois 60602
(312) 742-9586
matt.hader@cityofchicago.org
Atty. No. 06284330

**CERTIFICATE OF SERVICE**

I, Matthew R. Hader, hereby certify that I have caused a true and correct copy of the above and foregoing **NOTICE OF MOTION** and **DEFENDANTS' UNCONTESTED MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE PLEAD,** to be sent via e-filing to the person(s) named in the foregoing Notice, a "Filing User" pursuant to Case Management/Electronic Case Files, on July 15, 2008, in accordance with the rules on electronic filing of documents.

    s/ Matthew R. Hader
MATTHEW R. HADER
Assistant Corporation Counsel