UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SHANTIVIA WILLIAMS, ) | |
| ) | Case No. 08 C 3195 |
| Plaintiff, ) | |
| ) | Judge Nordberg |
| v. ) | |
| ) | Magistrate Judge Valdez |
| CITY OF CHICAGO, Chicago Police Officers ) | |
| PAULARIE DRAINE, Star 15870, and ) | Jury Trail Demand |
| LAVAR McLEMORE, Star 17235, ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF UNCONTESTED MOTION**

TO:   Louis Meyer
      Law Offices of Lawrence V. Jackowiak
      20 North Clark Street, Suite 1700
      Chicago, IL 60602
      (312) 795-9595

**PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANTS' UNCONTESTED MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE PLEAD,** a copy of which is attached hereto and herewith served upon you.

**PLEASE TAKE FURTHER NOTICE** that I shall appear before the Honorable Judge Nordberg, or before such other Judge sitting in his place or stead, on the 17th day of July, 2008, at 2:30 p.m., or as soon thereafter as counsel may be heard and then and there present the attached Motion.

**DATED** at Chicago, Illinois this 15th day of July, 2008.

Respectfully Submitted,

  s/ Matthew R. Hader
MATTHEW R. HADER
Assistant Corporation Counsel

30 North La Salle St., Ste. 1400
Chicago, Illinois 60602
312.742.9586
matt.hader@cityofchicago.org
Atty. No. 06284330