# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Shantivia L. Williams
                           Plaintiff,

v.                                             Case No.: 1:08–cv–03195
                                             Honorable John A. Nordberg

City Of Chicago, et al.
                           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 16, 2008:

      MINUTE entry before the Honorable John A. Nordberg:MOTION by Defendants City Of Chicago, Paularie Draine, Levar McLemore for extension of time to file answer [13] is granted. Defendants time to answer or otherwise plead is extended to 8/8/2008.Mailed notice(tlp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.